NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



STOBERT L. HOLT, a/k/a STOBERT L.      )
HOLT, JR., DOC #H39204,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )       Case No.  2D18-2926
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)


Opinion filed June 5, 2019.

Appeal pursuant to Fla. R. App. P.
9141(b)(2) from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

Stobert L. Holt, pro se.



PER CURIAM.

            Affirmed.








NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.